THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada State Bar No. 00264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada State Bar No. 12599
jmj@jimmersonlawfirm.com
The Plaza at Summerlin
1635 Village Center Circle
Suite 200
Las Vegas, NV 89134
Telephone:	702-388-7171
Facsimile:	702-367-1167

*Attorneys for Plaintiff
Ankur Rakshit*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANKUR RAKSHIT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LAYERX TECHNOLOGIES INC., a Delaware Corporation; MATTER LABS, a Cayman Islands Company; DOES 1-10; ROE BUSINESS ENTITIES 11-20,<br><br>Defendants. | Case No.: 2:25-cv-00911-APG-NJK<br><br>**ORDER REGARDING BRIEFING SCHEDULE RELATED TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 6)** |

Plaintiff Ankur Rakshit ("Rakshit"), by and through his undersigned attorneys of record, and Defendants LayerX Technologies Inc. ("LayerX") and Matter Labs ("Matter"), by and through their undersigned attorneys of record, and hereby stipulate and agree as follows:

On May 30, 2025, LayerX and Matter filed a Motion to Dismiss (the "Motion"). The Parties jointly stipulate to reschedule the deadline for Rakshit's Response in Opposition to the Motion, which is currently due Friday, June 13, 2025, to **Wednesday, June 18, 2025**, and to reschedule the deadline for LayerX and Matter's Reply in Support of the Motion to

/ / /
/ / /
/ / /

1

**Wednesday, July 2, 2025**. This extension is requested because of Plaintiff's counsel's scheduling conflicts and Defendants' counsel's previously-planned travel schedule during this time. This request is not made for the purpose of delay.

Dated this 12th day of June, 2025.

| THE JIMMERSON LAW FIRM, P.C. | LITTLER MENDELSON, P.C. |
|---|---|
| By: /s/ James M. Jimmerson, Esq.<br>JAMES J. JIMMERSON, ESQ.<br>Nevada Bar No. 000264<br>JAMES M. JIMMERSON, ESQ.<br>Nevada Bar No. 012599<br>The Plaza at Summerlin<br>1635 Village Center Circle<br>Suite 200<br>Las Vegas, NV 89134<br>(702) 388-7171<br>*Attorneys for Plaintiff Ankur Rakshit* | By: /s/ Z. Katheryn Branson, Esq.<br>Z. KATHRYN BRANSON, ESQ.<br>Nevada Bar No. 11540<br>KELSEY E. STEGALL, ESQ.<br>Nevada Bar No. 14279<br>8474 Rozita Lee Avenue<br>Suite 200<br>Las Vegas, Nevada 89113<br>Telephone: 702.862.8800<br>*Attorneys for Defendants LayerX Technologies Inc. and Matter Labs* |

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: June 16, 2025