# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANKUR RAKSHIT,<br><br>    Plaintiff,<br><br>v.<br><br>LAYERX TECHNOLOGIES INC., *et al.*,<br><br>    Defendants. | Case No. 2:25-cv-00911-APG-NJK<br><br>**Order** |

    To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by July 7, 2025.

    IT IS SO ORDERED.

    Dated: June 27, 2025

                                                Nancy J. Koppe
                                              United States Magistrate Judge