UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANKUR RAKSHIT,<br><br>　　Plaintiff,<br><br>v.<br><br>LAYERX TECHNOLOGIES INC., et al.,<br><br>　　Defendants. | Case No. 2:25-cv-00911-APG-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is the parties' stipulation to stay discovery pending resolution of Defendant's motion to dismiss. Docket No. 23.[1]

Having considered the governing standards, *Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds that a stay of discovery is warranted.[2] Accordingly, the Court **GRANTS** the stipulation to stay discovery. Docket No. 23. If resolution of the motion to dismiss does not result in termination of this case, the parties must file a joint proposed discovery plan within 14 days of the issuance of the order resolving the motion to dismiss.

IT IS SO ORDERED.

Dated: September 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] The motion to dismiss is fully briefed. Docket Nos. 6, 10, 13.

[2] Conducting the preliminary peek puts the undersigned in an awkward position because the assigned district judge will decide the underlying motion and may have a different view of the merits. *See Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597, 603 (D. Nev. 2011). The undersigned's "preliminary peek" at the merits of the motion for judgment on the pleadings is not intended to prejudice its outcome. *See id.* The undersigned carefully reviewed the arguments presented in the underlying motion and related briefing, but will not provide discussion of the merits herein.

1