**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANKUR RAKSHIT, individually, | Case No. 2:25-cv-00911-APG-NJK |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** FOR DEFENDANTS TO FILE AN ANSWER TO PLAINTIFF'S COMPLAINT AND/OR AMENDED COMPLAINT |
| v. | |
| LAYERX TECHNOLOGIES INC., a Delaware Corporation; MATTER LABS, a Cayman Islands Company; DOES 1-10; ROE BUSINESS ENTITIES 11-20, | |
| Defendants. | [FIRST REQUEST] |

Plaintiff ANKUR RAKSHIT ("Plaintiff") and Defendants MATTER LABS TECHNOLOGIES, INC. f/k/a LAYERX TECHNOLOGIES INC. and MATTER LABS ("Defendants") (collectively the "parties"), by and through their undersigned counsel, do hereby stipulate and request to extend the time for Defendants to file an answer to Plaintiff's Complaint, and/or any amended complaint that Plaintiff may file, from the current deadline of January 27, 2026, up to and including **February 10, 2026**.

Plaintiff's deadline to file an amended complaint regarding Plaintiff's dismissed cause of action is February 2, 2026, (*see* ECF No. 25). Accordingly, this extension allows Defendants to respond to the Complaint, or any amended complaint, in a single document rather than in piecemeal sections.

This request is made in good faith and not for the purpose of delay, and it is the first request for an extension of time to respond to the Complaint or any amended complaint that may be filed.

Dated: January 21, 2026

THE JIMMERSON LAW FIRM, P.C.

/s/ James M. Jimmerson
James J. Jimmerson, Esq.
James M. Jimmerson, Esq.

Attorneys for Plaintiff
ANKUR RAKSHIT

Dated:  January 21, 2026

LITTLER MENDELSON, P.C.

Z. Kathryn Branson, Esq.
Kelsey E. Stegall, Esq.
Attorneys for Defendants
MATTER LABS TECHNOLOGIES, INC. f/k/a
LAYERX TECHNOLOGIES INC. and
MATTER LABS

**IT IS SO ORDERED.**

Dated: January 21, 2026

Nancy J. Koppe
United States Magistrate Judge

2