UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANKUR RAKSHIT, individually, | Case No. 2:25-cv-00911-APG-NJK |
| Plaintiff, | **ORDER GRANTING**<br>**MOTION TO REMOVE COUNSEL**<br>**Z. KATHRYN BRANSON FROM**<br>**CM/ECF SERVICE LIST** |
| v. | |
| LAYERX TECHNOLOGIES INC., a Delaware Corporation; MATTER LABS, a Cayman Islands Company; DOES 1-10; ROE BUSINESS ENTITIES 11-20, | |
| Defendants. | |

Defendants MATTER LABS TECHNOLOGIES, INC. f/k/a LAYERX TECHNOLOGIES INC. and MATTER LABS (collectively referred to as "Defendants") hereby move this Court for an Order removing Z. Kathryn Branson, Esq., from the electronic service list for this case.

/ / /

/ / /

/ / /

Ms. Branson is no longer affiliated with Littler Mendelson, P.C., and, therefore, no longer represents Defendants and will no longer be involved in this matter. As such, Defendants respectfully request that this Court grant an Order removing her from the electronic service list for this case.

Dated:  April 16, 2026

LITTLER MENDELSON, P.C.

_____

Wendy M. Krincek, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendants
MATTER LABS TECHNOLOGIES, INC.
f/k/a LAYERX TECHNOLOGIES INC. and
MATTER LABS

**IT IS SO ORDERED**
Dated: April 17, 2026

_____

Nancy J. Koppe
United States Magistrate Judge