Wendy M. Krincek, Esq.
Nevada Bar No. 06147
Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
wkrincek@littler.com
kstegall@littler.com

Attorneys for Defendants
MATTER LABS TECHNOLOGIES, INC.
f/k/a LAYERX TECHNOLOGIES INC. and
MATTER LABS

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ANKUR RAKSHIT, individually,<br><br>Plaintiff,<br><br>v.<br><br>LAYERX TECHNOLOGIES INC., a Delaware Corporation; MATTER LABS, a Cayman Islands Company; DOES 1-10; ROE BUSINESS ENTITIES 11-20,<br><br>Defendants. | Case No. 2:25-cv-00911-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Plaintiff, ANKUR RAKSHIT ("Plaintiff"), and Defendants MATTER LABS TECHNOLOGIES, INC. f/k/a LAYERX TECHNOLOGIES INC. and MATTER LABS ("Defendants") (collectively herein the "Parties"), hereby stipulate and agree to the dismissal of this action in its entirety, including all claims and causes of action, with prejudice.

The Parties agree that no Party to this Stipulation shall be deemed to be a prevailing party in this action and that no Party will file for an award of attorneys' fees or costs pursuant to any rule, statute, or law, whether local, state, or federal, in any forum that would be available for the claims dismissed by this Stipulation.

Each Party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: July 17, 2026

THE JIMMERSON LAW FIRM, P.C.

James J. Jimmerson, Esq.
James M. Jimmerson, Esq.

Attorneys for Plaintiff
ANKUR RAKSHIT

Dated: July 29 , 2026

LITTLER MENDELSON, P.C.

Wendy M. Krincek, Esq.
Kelsey E. Stegall, Esq.

Attorneys for Defendants
MATTER LABS TECHNOLOGIES, INC. f/k/a LAYERX TECHNOLOGIES INC. and MATTER LABS

**IT IS SO ORDERED.**

Dated: July 30, 2026

UNITED STATES DISTRICT JUDGE

4938-3934-1246.1 / 129515.1001

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800